UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Antonio Jermaine Moore**                    **Docket No. 5:09-CR-327-3D**

### Petition for Action on Supervised Release

COMES NOW Lee Holmes, Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Antonio Jermaine Moore, who, upon an earlier plea of guilty to Count 1 - Conspiracy to Distribute and Possession With Intent to Distribute More Than 50 Grams of Cocaine Base (Crack) and a Quantity of Cocaine, in violation of 21 U.S.C. § 846, and Count 8 - Possession of a Firearm by a Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on May 4, 2010, to the custody of the Bureau of Prisons for a term of 264 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Antonio Jermaine Moore received Clemency as of February 17, 2025, and was released from custody on May 16, 2025, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Since being released, the defendant has completed truck driving school and has earned a Commercial Driver's License, which has led to full-time employment in the truck-driving field. The defendant is committed to showing the court that he is a pro-social and law-abiding citizen. Therefore, it is recommended that he participate in Moral Reconation Therapy which will increase his likelihood of success while on supervision. The defendant signed a Waiver of Hearing, agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing is
                                          true and correct.

/s/ John Seth Coleman                     /s/ Lee Holmes
John Seth Coleman                         Lee Holmes
Supervising U.S. Probation Officer        Probation Officer
                                          310 New Bern Avenue, Room 610
                                          Raleigh, NC 27601-1441
                                          Phone: 910-705-5404
                                          Executed On: April 1, 2026

### ORDER OF THE COURT

Considered and ordered this ___2___ day of ___April___, 2026, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge